PER CURIAM.
 

 Gary Jamel Cannon, Jr., appeals his conviction on the charge of attempted second-degree murder, with special jury findings that he actually possessed and discharged a firearm while committing the crime.
 
 [1]
 
 His sole argument on appeal is that the jury instruction on the lesser included offense of attempted voluntary manslaughter constituted fundamental error. We agree and reverse, remanding for a new trial on the charge of attempted second-degree murder.
 
 See Burton v. State,
 
 — So.3d - (Fla. 5th DCA 2011). As in
 
 Burton,
 
 we certify that this decision expressly and directly conflicts with the Fourth District’s decision in
 
 Williams v. State,
 
 40 So.3d 72 (Fla. 4th DCA 2010),
 
 rev. granted,
 
 64 So.3d 1262 (Fla.2011).
 

 
 *685
 
 REVERSED and REMANDED; CONFLICT CERTIFIED.
 

 GRIFFIN, TORPY and LAWSON, JJ., concur.
 

 [1]
 

 . Cannon was charged with attempted first-degree premeditated murder.